# UNITED STATES DISTRICT COURT
## for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Stanley Boyd | )<br>)<br>) Case No: 5:14-CR-10-1F<br>) USM No: 50769-056 |
| Date of Original Judgment: July 19, 2010<br>Date of Previous Amended Judgment: May 29, 2013<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Sherri Alspaugh<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

Pursuant to 1B1.10, Application Note 4(A), Exclusion Relating to Revocation, only a term of imprisonment imposed as part of the original sentence is authorized to be reduced under this section. A reduction in the term of imprisonment imposed upon relocation of supervised release is not authorized. The sentence for which the defendant is currently incarcerated results from a revocation of supervised release. Therefore, the defendant is not eligible.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated July 19, 2010, and May 29, 2013, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3/21/16

*Judge's signature*

Effective Date: _____
*(if different from order date)*

James C. Fox   Senior U.S. District Judge
*Printed name and title*